IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.                  Criminal No. 1:11CR10029-001

EDWIN D. ROSS,
   Defendant.

## FINAL ORDER OF FORFEITURE

On June 22, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 24). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States subject to any potential third party interests:

 (a)  A Marlin, model 60W, .22 caliber rifle, with no serial number;

 (b)  A CZ, model Z, 6.35 mm caliber rifle, serial number 217240:

 (c)  A Remington, .22 caliber rifle, serial number 2575254, and

 (d)  Any ammunition involved in Court Four

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6). On July 26, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 22, 2012, shall

become final at this time. The firearms and ammunition described herein are hereby forfeited to the United States to be disposed of according to law.

IT IS SO ORDERED this 1st day of May, 2013.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 2 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk